UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

CASTELL PROPERTIES, LLC, *et al*.,
    Defendants.

Case No.: 21-cv-23767-DPG

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing the parties' settlement of all issues and/or matters brought or that could have been brought in this action.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
(561) 571-0646
WassenbergL@gmail.com