SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

CASTELL PROPERTIES, LLC and
BRUSH AND BRISTLE CORP.,
    Defendants.

Case No.: 21-cv-23767-DPG

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT, BRUSH AND BRISTLE CORP., *ONLY***

Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendant, BRUSH AND BRISTLE CORP., *ONLY*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ *Glenn R. Goldstein* /
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
Ph: 305-900-2373
ggoldstein@g2legal.net

s/ *Lauren N. Wassenberg* /
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Ph: 561-571-0646
wassenbergl@gmail.com